## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO. LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> PROFOTO AKTIEBOLAG, <br><br> Defendant(s). | CASE NO. C25-0502-KKE <br><br> SCHEDULING ORDER |

Per the Court's May 8, 2025 order, the parties conferred and stipulated to a briefing schedule for Plaintiff's prospective motion for preliminary injunction. Dkt. No. 15. The Court hereby enters the parties' stipulated schedule as follows:

- Plaintiff's opening brief in support of its motion for preliminary injunction is due on **May 28, 2025** and shall be noted for consideration 28 days after filing.

- Defendant's opposition is due on **June 18, 2025**.

- Plaintiff shall file its reply brief by **June 25, 2025**, the noting date of the motion.

- Oral argument will be held on **July 10, 2025**, at 1:00 PM in Courtroom 16206.

Dated this 16th day of May, 2025.

Kymberly K. Evanson
United States District Judge

SCHEDULING ORDER - 1