UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO. LTD.,<br><br>Plaintiff(s),<br>v.<br><br>PROFOTO AKTIEBOLAG,<br><br>Defendant(s). | CASE NO. C25-0502-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SEAL |

Before the Court is Plaintiff's Unopposed Motion to Seal (i) Plaintiff's Motion for Preliminary Injunction, (ii) the Declaration of Wenfeng He, and (iii) Exhibit 11. Dkt. No. 23. Plaintiff argues that sealing is appropriate because the enumerated filings contain confidential business information relating to its products, market share, and unit data. *Id.* at 2. Plaintiff proposes to file redacted versions of its motion and the Wengfeng He Declaration, but seeks to maintain Exhibit 11 entirely under seal because redaction of this document would be insufficient to protect the confidential and proprietary information contained therein. *Id.* at 3. Finding good cause, the Court GRANTS Plaintiff's motion.

IT IS SO ORDERED that (i) Plaintiff's Motion for Preliminary Injunction, (ii) the Declaration of Wenfeng He, and (iii) Exhibit 11 shall be maintained under seal. Plaintiff shall file redacted copies of the Motion for Preliminary Injunction and Declaration of Wenfeng He.

Dated this 29th day of May, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge