The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> PROFOTO AKTIEBOLAG, <br><br> Defendant. | No. 2:25-cv-00502-KKE <br><br> **STIPULATED MOTION AND ORDER REGARDING DEADLINE TO RESPOND TO COMPLAINT** <br><br> Note on Motion Calendar: <br> **May 29, 2025** |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Godox Photo Equipment Co., Ltd. ("Godox") and Defendant Profoto Aktiebolag ("Profoto") (Godox and Profoto collectively, "the Parties") stipulate and agree as follows:

1. The deadline for Profoto to answer or otherwise respond to Godox's Complaint, now set for May 30, 2025, should be extended to June 18, 2025.

2. If Profoto counterclaims against Godox, the deadline for Godox to answer or otherwise response to Profoto's counterclaim should be July 23, 2025.

3. If Profoto files a Fed. R. Civ. P. 12 motion in response to Godox's Complaint, Profoto should note the motion for August 6, 2025. Godox's response to Profoto's

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
No. 2:25-cv-00502-KKE – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1  potential Fed. R. Civ. P. 12 motion should be due July 23, 2025.  Profoto's reply
2  in support of its potential Fed. R. Civ. P. 12 motion should be due August 6, 2025.
3  The Parties propose the relief sought by this Stipulated Motion and Proposed Order
4  to account for the schedules of their counsel and to permit the Parties to focus on briefing
5  related to Godox's Motion for Preliminary Injunction (Dkt. No. 24).
6  DATED: May 29, 2025

| ARETE LAW GROUP PLLC | BENESCH FRIEDLANDER COPLAN & ARNOFF LLP |
|---|---|
| By: /s/ Jeremy Roller<br>Jeremy E. Roller, WSBA No. 32021<br>600 University Street, Suite 2420<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax:     (206) 428-3251<br>jroller@aretelaw.com | By: /s/ Ziyong (Sean) Li<br>Ziyong (Sean) Li, WSBA No. 44366<br>100 Pine Street, Suite 3100<br>San Francisco, CA 94111<br>Phone: (628) 600-2250<br>Fax:     (628) 221-5828<br>sli@beneschlaw.com |
| **BAKER McKENZIE LLP** | *Attorneys for Plaintiff Godox Photo Equipment Co., Ltd.* |

By: /s/ Nancy Sims
Nancy Sims (admitted *pro hac vice*)
10250 Constellation Blvd, Suite 1850
Los Angeles, CA 90067
Phone: (310) 616-5734
nancy.sims@bakermckenzie.com

Mackenzie Martin (admitted *pro hac vice*)
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Phone: (214) 978-3048
mackenzie.martin@bakermckenzie.com

Dorian Ojemen (admitted *pro hac vice*)
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5032
dorian.ojemen@bakermckenzie.com

*Attorneys for Defendant Profoto Aktiebolag*

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
No. 2:25-cv-00502-KKE – Page 2



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

**ORDER**

IT IS SO ORDERED.

DATED: May 30, 2025

*[signature: Kymberly K. Evanson]*

Hon. Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER REGARDING
DEADLINE TO RESPOND TO COMPLAINT
No. 2:25-cv-00502-KKE – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250