The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>PROFOTO AKTIEBOLAG,<br><br>Defendant. | No. 2:25-cv-00502-KKE<br><br>**STIPULATED MOTION AND ORDER REGARDING INITIAL SCHEDULING DATES**<br><br>Note on Motion Calendar:<br>**June 5, 2025** |

## STIPULATED MOTION

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Godox Photo Equipment Co., Ltd. ("Godox") and Defendant Profoto Aktiebolag ("Profoto") (Godox and Profoto collectively, "the Parties") request that the Court grant a 2-week extension of the current initial scheduling dates as described below. The Parties do not make this request for purposes of delay and do not believe this request will delay the ultimate resolution of this matter. Rather, the Parties make this request as they have been focused on the pending Motion for Preliminary Injunction (Dkt. No. 24) and to accommodate difficulties in scheduling a Fed. R. Civ. P. 26(f) conference. The Parties do not believe there will be any need for further extensions of these deadlines.

Accordingly, the Parties stipulate and agree as follows:



ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

1. The deadline for the Fed. R. Civ. P. 26(f) conference should be extended from June 5, 2025, to June 19, 2025.

2. The deadline for Fed. R. Civ. P. 26(a)(1) initial disclosures should be extended from June 11, 2025, to June 25, 2025.

3. The deadline for the Fed. R. Civ. P. 26(f) and LCR 26(f) joint status report and discovery plan should be extended from June 18, 2025, to July 2, 2025.

DATED: June 5, 2025

**ARETE LAW GROUP PLLC**

By: /s/ Jeremy E. Roller
Jeremy E. Roller, WSBA No. 32021
600 University Street, Suite 2420
Seattle, WA 98101
Phone: (206) 428-3250
Fax:    (206) 428-3251
jroller@aretelaw.com

**BAKER McKENZIE LLP**

By: /s/ Nancy Sims
Nancy Sims (admitted *pro hac vice*)
10250 Constellation Blvd, Suite 1850
Los Angeles, CA 90067
Phone: (310) 616-5734
nancy.sims@bakermckenzie.com

Mackenzie Martin (admitted *pro hac vice*)
1900 North Pearl Street, Suite 1500
Dallas, TX 75201
Phone: (214) 978-3048
mackenzie.martin@bakermckenzie.com

Dorian Ojemen (admitted *pro hac vice*)
800 Capitol Street, Suite 2100
Houston, TX 77002
Phone: (713) 427-5032

**BENESCH FRIEDLANDER COPLAN & ARNOFF LLP**

By: /s/ Ziyong (Sean) Li
Ziyong (Sean) Li, WSBA No. 44366
100 Pine Street, Suite 3100
San Francisco, CA 94111
Phone: (628) 600-2250
Fax:    (628) 221-5828
sli@beneschlaw.com

*Attorneys for Plaintiff Godox Photo Equipment Co., Ltd.*



dorian.ojemen@bakermckenzie.com

*Attorneys for Defendant Profoto Aktiebolag*

**ORDER**

IT IS SO ORDERED.

DATED: June 6, 2025

*Kymberly K Evanson*
_____
Hon. Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER REGARDING INITIAL SCHEDULING DATES
No. 2:25-cv-00502-KKE – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250