UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| GODOX PHOTO EQUIPMENT CO. LTD., | CASE NO. C25-0502-KKE |
|---|---|
| Plaintiff(s), | SCHEDULING ORDER |
| v. | |
| PROFOTO AKTIEBOLAG, | |
| Defendant(s). | |

Pursuant to the parties' stipulation, the Court ENTERS the following case schedule:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Response to Defendant's Answer and Counterclaims | July 23, 2025 |
| Plaintiff's Production of Core Technical Documents | September 15, 2025 |
| Deadline to Add Inequitable Conduct Allegations without Leave of Court | September 25, 2025 |
| Defendant's Preliminary Infringement Contentions and Disclosure of Asserted Claims (LPR 120) | October 2, 2025 |
| Deadline to Disclose Intention to Rely on Advice of Counsel as a Defense | December 5, 2025 |
| Plaintiff's Preliminary Non-Infringement Contentions with Document Production (LPR 121, 122) | December 5, 2025 |
| Plaintiff's Preliminary Invalidity Contentions with Document Production (LPR 121, 122) | December 5, 2025 |
| Deadline to Join Additional Parties | December 5, 2025 |
| Exchange of Proposed Terms for Construction (LPR 130(a)) | January 5, 2026 |
| Preliminary Claim Construction and Extrinsic Evidence (LPR 131(a), 131(b)) | January 19, 2026 |
| Joint Claim Construction and Prehearing Statement (LPR 132) | March 16, 2026 |
| Deadline to Complete Claim Construction Discovery (LPR 133) | March 30, 2026 |
| File Opening Markman Briefs (LPR 134) | April 6, 2026 |

SCHEDULING ORDER - 1

| | |
|---|---|
| File Responsive Markman Briefs (LPR 134) | April 27, 2026 |
| Tutorial (if necessary) | TBD |
| Claim Construction Hearing | TBD |

Dated this 8th day of July, 2025.

Kymberly K. Evanson
United States District Judge

SCHEDULING ORDER - 2