UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO. LTD., <br><br> Plaintiff(s), <br><br> v. <br><br> PROFOTO AKTIEBOLAG, <br><br> Defendant(s). | CASE NO. C25-0502-KKE <br><br> ORDER DIRECTING JOINT STATUS REPORT |

On December 2, 2025, Plaintiff Godox Photo Equipment Co. Ltd. ("Godox") filed a motion for leave to supplement the record, attaching a Final Office Action by the U.S. Patent & Trademark Office ("PTO") in *ex parte* reexamination proceedings related to U.S. Patent No. 11,630,375 (the "'375 Patent"), which is at issue in this case. In its decision, the PTO rejected all claims of the '375 Patent, including amendments proposed by Defendant Profoto Aktiebolag ("Profoto") to overcome the PTO's prior non-final rejection of the patent's claims. Dkt. No. 63-1 at 5–36. The decision indicates that Profoto has two months from the date the decision was mailed to respond. *Id.* at 37.

In light of the PTO's rejection of all claims of the '375 Patent—which is at the center of the parties' dispute—the parties are hereby ORDERED to file a joint status report by December 10, 2025, indicating:

ORDER DIRECTING JOINT STATUS REPORT - 1

(1) The parties' positions on the impact of the PTO decision on the pending motion for stay; and

(2) The parties' positions on whether the PTO decision eliminates any claims, counter claims, or counter-counter claims in this case, and what, if any, issues remain to be litigated.

Dated this 5th day of December, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge