UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GODOX PHOTO EQUIPMENT CO. LTD., Plaintiff(s), v. PROFOTO AKTIEBOLAG, Defendant(s). | CASE NO. C25-0502-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE |

Having reviewed the parties' stipulated motion (Dkt. No. 70), and finding good cause, the Court GRANTS the motion and ORDERS that the deadline set in the November 6, 2026 order (Dkt. No. 69) is extended to November 30, 2026.

Dated this 20th day of November, 2026.

Kymberly K. Evanson
United States District Judge